

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:             01-15-01005-CV

Style:                    Henry Rawson, Jr. and Susan Rawson v. Oxea Corporation, Dashiell

                          Corporation, and Mundy Maintenance and Services, LLC

Date motion filed*:       May 31, 2016

Type of motion:           Unopposed Motion to Abate Appeal Regarding Appellees Dashiell

                          Corporation and Mundy Maintenance and Services, LLC, or

                          Alternatively, Unopposed Motion to Extend Time to File Brief

                          Regarding Appellees Dashiell Corporation and Mundy Maintenance

                          and Services, LLC

Parties filing motion:    Appellants

Document to be filed:     Appellants' Brief Regarding Appellees Dashiell Corporation and

                          Mundy Maintenance and Services, LLC

Is appeal accelerated?        No.

If motion to extend time:

    Original due date:              March 18, 2016

    Number of extensions granted:       3      Current Due Date:  June 1, 2016

    Date Requested:               June 30, 2016

Ordered that motion is:

    ☑ Granted; If document is to be filed, document due:  June 30, 2016.
        ☑    No further extensions of time will be granted.
    ☐ Denied
    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
    ☑ Other: _____

    Appellants' alternative unopposed motion to extend time to file their brief regarding

    appellees Dashiell Corporation and Mundy Maintenance and Services, LLC, to finalize

    a settlement, is **granted, but no further extensions will be granted.** *See* TEX. R. APP.

    P. 10.5(b)(1)(C).

Judge's signature: /s/ Laura C. Higley
                ☑ Acting individually    ☐ Acting for the Court
Date: June 2, 2016

November 7, 2008 Revision